DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALEX GREENWALD,** by his legal guardians PATRICIA
GREENWALD and PHILIP GREENWALD,
Appellant,

v.

**STATE OF FLORIDA, AGENCY FOR HEALTH CARE
ADMINISTRATION,**
Appellee.

No. 4D16-3645

[September 6, 2017]

Appeal from the State of Florida, Agency for Health Care
Administration; L.T. Case No. 15-06VW.

Philip E. Greenwald, Boca Raton, for appellant.

Tracy Cooper George, Chief Appellate Counsel, Agency for Health Care
Administration, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***